UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STAUBER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>S.B.S. LIEN SERVICES, THE SAND CASTLE HOMEOWNERS ASSOCIATION, and DOES 1 through 10 inclusive<br>Defendants. | CASE NO. 14-09162-PJW<br><br>**ORDER GRANTING ATTORNEY'S FEES & COSTS** |

On April 18, 2016, the parties filed a Joint Stipulation and Agreement as to Plaintiff's Motion for Attorney's Fees & Costs. Having reviewed the Stipulation, the Court hereby orders as follows:

1. Defendant shall pay costs in the sum of $1,375.00.

2. Defendant shall pay Plaintiff's Attorneys Fees in the sum of $73,625.00 representing 160 hours of billable time at Plaintiff's Counsel, Amir J. Goldstein's hourly rate of $400.00 per hour and 35 hours of billable time at Jennifer C. Limbo's rate of $275 per hour.

3. The total payment to Plaintiff's Counsel for Attorney's Fees and Costs shall be $75,000.00 and shall be paid to Plaintiff's Counsel within 14

days.

4. Gilardi & Co., LLC, the Class Action Administrator, shall provide Notice to the Class Members of this Stipulation and Order within 14 business days.

5. Any further hearing dates with regard to the Plaintiff's Motion for Attorney's Fees and Costs are removed from the Court's calendar.

**IT IS SO ORDERED.**

Dated:   April 19, 2016

_____
Honorable Patrick J. Walsh
United States District Court
Magistrate Judge
Central District California